UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VAL P. GITTENS,

    Plaintiff,

v.                                Case No.  8:10-cv-2580-T-30AEP

UNUM LIFE INSURANCE COMPANY OF
AMERICA,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Settlement (Dkt. #7).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 31, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2580.dismiss 7.wpd